AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:19-mj-069-WGC |
| ) | |
| EDWARD MONET KNIGHT ) | |
| *Defendant* ) | |

*FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD*

*JUL 18 2019*

*CLERK US DISTRICT COURT DISTRICT OF NEVADA BY: _____ DEPUTY*

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>George Foley, Jr., U.S. Magistrate Judge | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | July 19, 2019 at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 18, 2019

*Judge's signature*

GEORGE FOLEY, JR., U.S. Magistrate Judge
*Printed name and title*