RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
(775) 321-8451/Tel.
(775) 784-5369/Fax
chris_frey@fd.org

Attorney for EDWARD MONET KNIGHT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>EDWARD MONET KNIGHT,<br><br>　　　　　Defendant. | Case No. 3:19-cr-00038-MMD-CLB<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for EDWARD MONET KNIGHT, that deadline to file any and all pretrial motions and notices of defense be extended from March 23, 2020 to **March 27, 2020.**

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **April 10, 2020**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **April 17, 2020**, to file any and all replies to dispositive motions.

This is the first stipulation to continue the motions deadlines. Counsel is requesting additional time to file pretrial motions mindful of the current trial date of May 5, 2020 at 9:00 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 20th day of March, 2020.

| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
| Federal Public Defender | United States Attorney |

*/s/ CHRISTOPHER P. FREY*      */s/ Megan Rachow*

By:_____  By:_____
CHRISTOPHER P. FREY     MEGAN RACHOW
Assistant Federal Public Defender    Assistant United States Attorney
Counsel for EDWARD MONET KNIGHT    Counsel for the Government

**IT IS SO ORDERED.**

**DATED** this __23rd__ day of March, 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2