RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
(775) 321-8451/Tel.
(775) 784-5369/Fax
chris_frey@fd.org

Attorney for EDWARD MONET KNIGHT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>EDWARD MONET KNIGHT,<br><br>          Defendant. | Case No. 3:19-cr-00038-MMD-CLB<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY TO RESPONSE**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, MEGAN RACHOW, Assistant United States Attorney, and RENE L. VALLADARES, Federal Public Defender, and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for EDWARD MONET KNIGHT, to extend the time in which the Defendant's Reply to Response to the Defendant's Motion for Access to Jury Selection Records and Materials [ECF #61] from July 17, 2020, to July 21, 2020. This is the first request for an extension for time to file reply. Trial is currently set for November 17, 2020.

The additional time requested for the filing the responses is requested mindful of the current trial date of November 17, 2020, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 14th day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: _/s/ CHRISTOPHER P. FREY_<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for EDWARD MONET KNIGHT | By: _/s/ MEGAN RACHOW_<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |

**IT IS SO ORDERED.**

**DATED** this __14th__ day of July, 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2